**FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER**

**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-17-0000826**
**20-AUG-2020**
**12:16 PM**

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

---o0o---

THE ESTATE OF JOANNA LAU SULLIVAN,
AKA JOANNA NGIT CHO LAU SULLIVAN, Deceased

NO. CAAP-17-0000826

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(LP NO. 15-1-0698)

AUGUST 20, 2020

FUJISE, PRESIDING JUDGE, LEONARD, J.; AND
CIRCUIT JUDGE SOUZA, IN PLACE OF GINOZA, C.J.,
AND CHAN, HIRAOKA AND WADSWORTH, JJ., ALL RECUSED

ORDER OF CORRECTION
(By: Leonard, J.)

IT IS HEREBY ORDERED that the Opinion of the court, filed on March 20, 2020, is hereby corrected at page 10, line 13 from top, by adding an additional "0" to "CAAP-16-000881" so that it reflects the correct case number of CAAP-16-0000881.

The clerk of the court is directed to incorporate the foregoing change in the original opinion and take all necessary steps to notify the publishing agencies of this change.

DATED:  Honolulu, Hawaiʻi, August 20, 2020.

/s/ Katherine G. Leonard
Associate Judge